UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KARLEETA WYATT,
            Plaintiff,

-vs-                                      Case No. 6:05-cv-1793-Orl-18DAB

99 CENT SUPERCENTER, LLC.,
YAACOB C. ELHARAR,
            Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Motion for Entry of Default Final Judgment (Doc. No. 33-1). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Clerk of the Court is directed to enter final judgment in plaintiff's favor and against defendants 99 Cent SuperCenter, LLC. and Yaacob C. Elharar, jointly and severally, in the amount of $784.00 in damages, $2,762.50 in attorney's fees, and $305.00 in costs. The Clerk of the Court is further directed to close the case.

It is **SO ORDERED** in Orlando, Florida, this 1st day of August, 2006.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge